**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7176**

---

LORENZO ADKINS,

                                    Plaintiff - Appellant,

        versus

E. D. SASSER, Sheriff,

                                    Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-95-213)

---

Submitted:  December 19, 1995        Decided:  January 5, 1996

---

Before WIDENER, HALL, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Lorenzo Adkins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his 42 U.S.C. § 1983 (1988) complaint. The district court assessed a filing fee in accordance with <u>Evans v. Croom</u>, 650 F.2d 521 (4th Cir. 1981), <u>cert. denied</u>, 454 U.S. 1153 (1982), and dismissed the case without prejudice when Appellant failed to comply with the fee order. Even taking into consideration Appellant's submissions regarding his account balance, the filing fee assessed by the district court was authorized by Eastern District of Virginia Local Rule 28(c). That rule permits a filing fee of 20% of the inmate's aggregate deposits during the preceding six months, including the amount on deposit at the commencement of the six-month period. Finding no abuse of discretion, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>